**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 98-10915
Summary Calendar

_____

GARY L. POTTS,

Plaintiff-Appellant,

VERSUS

THE COUNTY OF DALLAS, TEXAS,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Texas
(3:97-CV-1124-H)

_____

January 6, 1999

Before DAVIS, DUHÉ and PARKER, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed essentially for the reasons stated in the district court's careful memorandum opinion and order of June 24, 1998.

AFFIRMED.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.